UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ROBERT FRED GOGUEN, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 11-27-B-H |
| | ) | |
| GLENN ROSS, *Sheriff, Penobscot County*, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On March 23, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision and Order for Service. The plaintiff filed an objection to the Recommended Decision on April 5, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and taking into account the new allegations raised in the Amended Complaint, I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's claims against the defendants Ross, Golden, Slowik and Cougal are **DISMISSED**.

**SO ORDERED.**

**DATED THIS 6TH DAY OF APRIL, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**